No. 568. PINEY COKING COAL LAND Co. *v.* JAMES, STATE TAX COMMISSIONER. December 23, 1940. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. Messrs. *William H. Sawyers* and *Ashton File* for petitioner. Messrs. *Clarence W. Meadows,* Attorney General of West Virginia,

and *W. Holt Wooddell,* Assistant Attorney General, for respondent.

